## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

**FILED**
IN CLERKS OFFICE
2003 DEC 15 P 2: 07
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In Re:   Merrimac Paper Company, et al v. Harrison et al | Chapter 11 |
| | Adversary Proceeding 03-04287 |
| | Judge Joel B. Rosenthal |

## CLERK'S CERTIFICATION FOR TRANSMITTAL
## OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **Merrimac Paper Company, Inc. v. Ralph Harrision, Alan Eggert. Transcript is forthcoming** .

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 15th DAY OF DECEMBER .

Date:12/15/03



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Joanne M. Ryan

Deputy Clerk
(508) 770- 8921

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this *15th* day of *December*                    , *2003*

This case has been assigned No. *03-40282* .

*Kathy Hassitt*

DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

FILED
IN CLERK'S OFFICE

2003 NOV 14  A ⁹ 32

U.S. BANKRUPTCY COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| **In re:** | ) |
|  | ) |
| **MERRIMAC PAPER COMPANY, INC.,** | ) |
| *et al.* | ) |
|  | ) |
| **Debtors** | ) |
|  | ) |
| **MERRIMAC PAPER COMPANY, INC.,** | ) |
|  | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
|  | ) |
| **RALPH HARRISON,** | ) |
| **ALAN EGGERT,** | ) |
|  | ) |
| **Defendants.** | ) |

Chapter 11
Case No. 03-41477-JBR to
O3-414479-JBR

Jointly Administered

Adv. Proc. No. 03-4181

## NOTICE OF APPEAL

Defendants Ralph Harrison and Alan Eggert appeal under 28 U.S.C. § 158(a) from the

Memorandum of Decision On Plaintiff's Motion for Partial Summary Judgment And Objections

to Confirmation of the First Amended Joint Plan of Reorganization, As Modified and the related

judgments, orders or decrees (including orders concerning confirmation of the final plan) of

United States Bankruptcy Judge Joel B. Rosenthal entered in this bankruptcy action and

adversary proceeding on the 7th Day of November 2003 and entered as amended as a separate and

final judgment on the 12th Day of November 2003.

11 14 03    34

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Party:        Merrimac Paper Company, Inc.

Counsel:      Andrew J. Lizzotte, Esq.    and    James F. Wallack, Esq.
              Hanify & King LLP                  Goulston & Storrs
              One Beacon Street                  400 Atlantic Ave
              Boston, MA 02108                   Boston, MA 02110
              tel. 617-423-0400                  tel. 617-482-1776

                          RALPH HARRISON and
                          ALAN R. EGGERT,

                          By their attorneys,

                          Robert J. Shea (BBO #546795)
                          Rudolph Friedman, LLP
                          92 State Street
                          Boston, MA 02109
                          (617) 723-7700

                          Jeffrey B. Renton, (BBO #554032)
                          Gilbert & Renton, LLC
                          23 Main Street
                          Andover, MA 01810
                          (978) 475-7580
                          (Attorney for Alan Eggert)

                          Thomas P. Smith (BBO #555513)
                          Caffrey & Smith, P.C.
                          300 Essex Street
                          Lawrence, MA 01840
                          (978) 686-6151
Date: November 14, 2003   (Attorney for Ralph Harrison)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MERRIMAC PAPER COMPANY, INC., | ) | Case No. 03-41477-JBR to |
| *et al.* | ) | O3-414479-JBR |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| MERRIMAC PAPER COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 03-4181 |
| | ) | |
| RALPH HARRISON, | ) | |
| ALAN EGGERT, | ) | |
| | ) | |
| Defendants. | ) | |

U.S. BANKRUPTCY COURT
DISTRICT OF MASS.
2003 NOV 14  A 9: 32
FILED
IN CLERK'S OFFICE

## NOTICE OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT

Defendants/Appellants Ralph Harrison and Alan Eggert elect to have their appeals in the

above-captioned matters  heard by the United States District Court for the District of

Massachusetts under 28 U.S.C. § 158(c).

ENT. 11/14/03

35

RALPH HARRISON and
ALAN R. EGGERT,

By their attorneys,

*Robert J. Shea /tps*

Robert J. Shea (BBO #546795)
  Rudolph Friedman, LLP
  92 State Street
  Boston, MA 02109
  (617) 723-7700

*Jeffrey B. Renton /tps*

Jeffrey B. Renton, (BBO #554032)
  Gilbert & Renton, LLC
  23 Main Street
  Andover, MA 01810
  (978) 475-7580
  (Attorney for Alan Eggert)

*Thomas P. Smith /tps*

Thomas P. Smith (BBO #555513)
  Caffrey & Smith, P.C.
  300 Essex Street
  Lawrence, MA 01840
  (978) 686-6151
  (Attorney for Ralph Harrison)

Date: November 14, 2003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Merrimac Paper Company, et al v. Harrison et al          Chapter 11
                                                                 Adversary Proceeding 03-04181
                                                                 Judge Joel B. Rosenthal

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **NOVEMBER 14, 2003** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

> 1. Notice of Appeal, or
> 2. Entry of an Order granting leave to appeal, or
> 3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty-five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date:11/14/03                                    James M. Lynch
                                                 Clerk, U.S. Bankruptcy Court



                                                 By the Court,


                                                 Joanne M. Ryan
                                                 Deputy Clerk
                                                 (508) 770- 8921

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Western Division)

| | |
|---|---|
| In re: | |
| | **Chapter 11** |
| MERRIMAC PAPER COMPANY, INC., | **Case No. 03-41477-JBR to** |
| *et al.* | **O3-414479-JBR** |
| Debtors | **Jointly Administered** |
| MERRIMAC PAPER COMPANY, INC., | |
| Plaintiff, | |
| v. | **Adv. Proc. No. 03-4181** |
| RALPH HARRISON, | |
| ALAN EGGERT, | |
| Defendants. | |

## APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Pursuant to Fed. R. Bankr. Procedure 8006 and Local Rule 203 of the District of Massachusetts, Appellants Ralph Harrison and Alan Eggert submit this designation and statement of issues.

## I.   Designation of Items for Inclusion In Record on Appeal

| Title | Docket No. | Date filed |
|---|---|---|
| Complaint | 1 | 6/20/2003 |
| Answer | 6 | 7/25/2003 |
| Motion to Withdraw Reference | 7 | 7/25/2003 |

| Exhibits in Support of Motion to Withdraw Reference | 8 | 7/25/2003 |
|---|---|---|
| Amended Complaint | 12 | 8/13/2003 |
| Answer to Amended Complaint | 15 | 10/8/2003 |
| Motion for Partial Summary Judgment | 17 | 10/15/2003 |
| Statement of Undisputed Facts | 18 | 10/15/2003 |
| Memorandum in Support of Summary Judgment | 19 | 10/15/2003 |
| Opposition of Defendants Alan Eggert and Ralph Harrison to Motion for Partial Summary Judgment | 22 | 10/31/2003 |
| Response of Defendants Alan Eggert and Ralph Harrison to Motion for Partial Summary Judgment | 23 | 10/31/2003 |
| Affidavit of Thomas P. Smith | 24 | 10/31/2003 |
| Memorandum of Decision | 25 | 11/7/2003 |
| Order | 26 | 11/7/2003 |
| Motion for Entry of Separate and Final Judgment | 28 | 11/10/2003 |
| Order Entering Separate and Final Judgment | 31 | 11/12/2003 |
| Final Judgment | 32 | 11/12/2003 |
| Amended Final Judgment | 33 | 11/12/2003 |
| Notice of Appeal | 34 | 11/14/2003 |
| Election of Appeal to District Court | 35 | 11/14/2003 |

## II. Statement of Issues to be Presented on Appeal

A. Did the Bankruptcy Court err in ruling that the claims of Harrison and Eggert were subject to equitable subordination under 11 U.S.C. § 510(c) and granting summary judgment on Count I of the Amended Complaint?

B. Did the Bankruptcy Court err in ruling that the claims of Harrison and Eggert, except for those arising from the promissory notes of Debtor, were subject to equitable subordination under 11 U.S.C. § 510(b) and granting partial summary judgment on Count VI of the Amended Complaint?

C. Did the Bankruptcy Court err in ruling that the liens of Harrison and Eggert should be transferred to the Debtor under 11 U.S.C. § 501(c)(2) and granting partial summary judgment on Count III of the Amended Complaint?

D. Did the Bankruptcy Court err in ruling that Eggert's attachment was a preferential transfer under 11 USC § 547 and granting summary judgment on Count IV of the Amended Complaint?

E. Did the Bankruptcy Court err in ruling that it had jurisdiction to rule in the Adversary Proceeding in light of a filed motion to withdraw the reference?

Respectfully submitted,

RALPH HARRISON and
ALAN R. EGGERT,

By their attorneys,

*Robert J. Shea /pps*

Robert J. Shea (BBO #546795)
Rudolph Friedman, LLP
92 State Street
Boston, MA 02109
(617) 723-7700

*Jeffrey B. Renton /pps*

Jeffrey B. Renton, (BBO #554032)
Gilbert & Renton, LLC
23 Main Street
Andover, MA 01810
(978) 475-7580
(Attorney for Alan Eggert)

Thomas P. Smith (BBO #555513)
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151
(Attorney for Ralph Harrison)

Date: November 21, 2003

- 4 -

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Bankr. P. 8008(b), I, Thomas P. Smith, hereby certify that I served the foregoing document on the following parties to this appeal or their counsel by first class mail, postage prepaid:

Andrew J. Lizzotte, Esq.
Hanify & King LLP
One Beacon Street
Boston, MA 02108

James F. Wallack, Esq.
Goulston & Storrs
400 Atlantic Ave
Boston, MA 02110

Robert J. Shea, Esq.
Rudolph Friedman, LLP
92 State Street
Boston, MA 02109

Jeffrey B. Renton, Esq.
Gilbert & Renton, LLC
23 Main Street
Andover, MA 01810

Charles R. Dale, III, Esq.
Gadsby & Hannah LLP
225 Franklin Street
Boston, MA 02110

Peter N. Baylor, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02110

Christopher J. McCarty, Esq.
One Financial Plaza
Providence, RI 02903

Thomas P. Smith

**APPEAL**

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Adversary Proceeding #: 03-04181

*Assigned to:* Judge Joel B. Rosenthal
*Related BK Case:* 03-41477
*Related BK Title:* Merrimac Paper Company, Inc.          *Date Filed:* 06/20/03
*Demand:* $543000
*Nature of Suit:* 454

**Plaintiff**
----------------------

**Merrimac Paper Company, et al**          represented by     **Andrew G. Lizotte**
Hanify & King, PC
One Beacon Street
Boston, MA 02108
(617) 423-0400
Fax : (617)556-8985
Email: jxs@hanify.com

**James F. Wallack**
Goulston & Storrs, PC
400 Atlantic Ave.
Boston, MA 02110-3333
(617) 482.1776
Email: jwallack@goulstonstorrs.com

**Rafael Klotz**
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
(617) 574-3572
Email: rklotz@goulstonstorrs.com

Certified to be a true and
correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: _____
Deputy Clerk
Date: 12/15/03

V.

**Defendant**
----------------------

**Ralph Harrison**          represented by     **Robert J. Shea**
Rudolph Friedman, LLP
92 State St.
Boston, MA 02109
(617) 723-7700

**Thomas P. Smith**

Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

**Alan Eggert**                    represented by   **Jeffrey B. Renton**
Gilbert & Renton LLC
23 Main St.
Andover, MA 01810
(978) 475-7580

**Robert J. Shea**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 06/20/2003 | 1 | 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison , Alan Eggert . Receipt Number 00551772, Fee Amount $150 (hrc, USBC) (Entered: 06/20/2003) |
| 06/23/2003 | 2 | Summons Issued on Alan Eggert AND Ralph Harrison. Answer Due 7/23/2003. (jr , ) (Entered: 06/23/2003) |
| 06/25/2003 | 3 | Status Conference Scheduled RE: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. A STATUS CONFERENCE WILL BE HELD IN THE ABOVE ADVERSARY PROCEEDING ON JULY 31, 2003 AT 10:30 AM IN COURTROOM NUMBER 3. (jr , ) (Entered: 06/25/2003) |
| 06/27/2003 | 4 | Summons Service Executed on Robert J. Shea, Esq. for Alan Eggert and Ralph Harrison on 6/26/2003. (jr , ) (Entered: 06/30/2003) |
| 07/01/2003 | 5 | Certificate of Service Re: 3 Hearing Scheduled Filed by Andrew Lizotte. (jr , ) (Entered: 07/01/2003) |
| 07/25/2003 | 6 | Answer of Alan Eggert and Ralph Harrison to Complaint for Subordination of Claims, Avoidance of Liens and Recovery of Property; and Jury Demand. c/s (jr , ) (Entered: 07/28/2003) |
| 07/25/2003 | 7 | Motion to Withdraw the Reference of LR D.Mass. 201 with Respect to this Adversary Proceeding Filed by Defendants Alan Eggert and Ralph Harrison with Memorandum of Law. c/s (jr , ) (Entered: 07/28/2003) |

| 07/25/2003 | ᵔ8 | Exhibits Binder Re: 7 Motion to Withdraw Reference Filed by Defendants Alan Eggert and Ralph Harrison. c/s (jr , ) (Entered: 07/28/2003) |
|---|---|---|
| 07/28/2003 | ᵔ9 | Clerk's Notice of Fees Due Re: 7 Motion to Withdraw the Reference of LR D.Mass. 201 with Respect to this Adversary Proceeding Filed by Defendants Alan Eggert and Ralph Harrison with Memorandum of Law. Fee due by 8/7/2003. (jr , ) (Entered: 07/28/2003) |
| 07/31/2003 | ᵔ | Receipt Number 512898, Fee Amount $75 Re: 9 Clerk's Notice of Fees Due. (jr , ) (Entered: 08/06/2003) |
| 08/11/2003 | ᵔ | Hearing Held Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison , Alan Eggert. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | ᵔ10 | Order: STATUS CONFERENCE HELD. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | ᵔ11 | Assented to Motion Filed by Plaintiff Merrimac Paper Company, et al to Amend 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. c/s (jr , ) (Entered: 08/13/2003) |
| 08/13/2003 | ᵔ12 | Amended Complaint by Merrimac Paper Company, et al against Alan Eggert and Ralph Harrison Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al. (jr , ) (Entered: 08/13/2003) |
| 08/21/2003 | ᵔ13 | Transmittal to District Court of 7 Motion to Withdraw the Reference of LR D.Mass. 201 with Respect to this Adversary Proceeding Filed by Defendants Alan Eggert and Ralph Harrison with Memorandum of Law. (ach) Additional attachment(s) added on 9/2/2003 (ach, ). (Entered: 08/21/2003) |
| 08/21/2003 | ᵔ14 | Endorsed Order Granting 11 Assented to Motion Filed by Plaintiff Merrimac Paper Company, et al to Amend 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. ALLOWED. (jr , ) (Entered: 08/22/2003) |
| 10/08/2003 | ᵔ15 | Answer to Plaintiff's First Amended Complaint for Subordination of |

| | | |
|---|---|---|
| | | Claims, Avoidance of Liens and Recovery of Property; and Jury Demand Filed by Alan Eggert and Ralph Harrison. c/s (jr , ) (Entered: 10/15/2003) |
| 10/15/2003 | 17 | Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr , ) (Entered: 10/16/2003) |
| 10/15/2003 | 18 | Statement of Umdisputed Facts Relating to 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr , ) (Entered: 10/16/2003) |
| 10/15/2003 | 19 | Memorandum In Support of 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr , ) (Entered: 10/16/2003) |
| 10/16/2003 | 16 | Pre-Trial Order Re: 1 Complaint filed by Plaintiff Merrimac Paper Company, et al). Joint Pre-Trial Memorandum due by 2/12/2004. Discovery due by 1/13/2004. Rule 26(f) Due 11/28/03. (jr , ) (Entered: 10/16/2003) |
| 10/23/2003 | 20 | Hearing Scheduled Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. Objections due by 10/31/2003 at 12:00 PM. Hearing scheduled for 11/5/2003 at 01:30 PM Worcester Courtroom 3. (jr , ) (Entered: 10/23/2003) |
| 10/27/2003 | 21 | Certificate of Service Re: 20 Hearing Scheduled Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al Filed by Andrew Lizotte. (jr, usbc) (Entered: 10/27/2003) |
| 10/31/2003 | 22 | Opposition of Defendants Alan Eggert and Ralph Harrison Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr, usbc) (Entered: 10/31/2003) |
| 10/31/2003 | 23 | Response by Defendants Alan Eggert and Ralph Harrison To 18 Plaintiff's Statement of Umdisputed Facts Relating to 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr, usbc) (Entered: 10/31/2003) |
| 10/31/2003 | 24 | Affidavit of Thomas P. Smith Re: 22 Opposition of Defendants Alan Eggert and Ralph Harrison Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr, usbc) (Entered: 10/31/2003) |
| 11/07/2003 | 25 | Memorandum of Decision Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/07/2003) |

| 11/07/2003 | ⬤26 | Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. See Order For Full Text. (jr, usbc) (Entered: 11/07/2003) |
|---|---|---|
| 11/10/2003 | ⬤27 | Notice of Pre-Trial Conference Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. A PRE-TRIAL CONFERENCE WILL BE HELD IN THE ABOVE ADVERSARY PROCEEDING ON JANUARY 22, 2004 AT 10:00 AM. (jr, usbc) (Entered: 11/10/2003) |
| 11/10/2003 | ⬤ | Pre-Trial Conference set for 1/22/2004 at 10:00 AM at Worcester Courtroom 3 Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) against Ralph Harrison and Alan Eggert, Complaint by Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/10/2003) |
| 11/10/2003 | ⬤28 | Motion for Entry of Seperate and Final Judgment Under Fed.R.Bank.P. 7054(b) Filed by Defendants Alan Eggert and Ralph Harrison. c/s (jr, usbc) (Entered: 11/10/2003) |
| 11/10/2003 | ⬤29 | Motion For Expedited Determination Re: 28 Motion for Entry of Seperate and Final Judgment Under Fed.R.Bank.P. 7054(b) Filed by Defendants Alan Eggert and Ralph Harrison. c/s (jr, usbc) (Entered: 11/10/2003) |
| 11/11/2003 | ⬤30 | Response (To: 28 Motion filed by Defendant Ralph Harrison, Defendant Alan Eggert) *For Entry Of Separate And Final Judgment with Certificate of Service* by Plaintiff Merrimac Paper Company, et al Re: 28 Miscellaneous Motion filed by Defendant Ralph Harrison, Defendant Alan Eggert (Lizotte, Andrew) (Entered: 11/11/2003) |
| 11/12/2003 | ⬤31 | Order Granting 29 Motion For Expedited Determination Re: 28 Motion for Entry of Seperate and Final Judgment Under Fed.R.Bank.P. 7054(b) Filed by Defendants Alan Eggert and Ralph Harrison. See Order For Full Text. (jr, usbc) (Entered: 11/12/2003) |
| 11/12/2003 | ⬤32 | Final Judgment Under Fed.R.Bankr.P. 7054(b) on Counts I,III,IV, and VI. See Judgment For Full Text. (jr, usbc) (Entered: 11/12/2003) |
| 11/12/2003 | ⬤33 | Amended 32 Final Judgment Under Fed.R.Bankr.P. 7054(b) on Counts I,III,IV, and VI. See Judgment For Full Text. (jr, usbc) (Entered: 11/12/2003) |
| 11/14/2003 | ⬤34 | Notice of Appeal Filed by Defendants Alan Eggert and Ralph |

| | | |
|---|---|---|
| | | Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. Appellant Designation due by 11/24/2003. Complied Records Due by 12/9/2003. Transmission of Designation Due by 12/15/2003. (jr, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 35 | Election of Appeal to District Court Filed by Defendants Alan Eggert and Ralph Harrison Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 36 | Notice of Appeal to District Court Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 37 | Clerk's Notice of Fees Due Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. Fee due by 11/24/2003. (jr, usbc) (Entered: 11/14/2003) |
| 11/17/2003 | 38 | Notice of Appeal . Receipt Number 516008, Fee Amount $255 Filed by Interested Party William L. Provost Jr. (RE: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment). Appellant Designation due by 11/28/2003. Complied Records Due by 12/12/2003. Transmission of Designation Due by 12/17/2003. (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | 39 | Election of Appeal to District Court Filed by Interested Party William L. Provost Jr. (RE: 38 Notice of Appeal Filed by Interested Party William L. Provost Jr. (RE: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment)). (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | 40 | Notice of Appeal to District Court RE: 38Notice of Appeal . Receipt Number 516008, Fee Amount $255 Filed by Interested Party William L. Provost Jr. (RE: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment). (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | 41 | Motion For Amendment of26 Judgment Entered on November 7, 2003 Filed by Creditor Mary K Logan. c/s. (ach, usbc) (Entered: 11/18/2003) |
| 11/17/2003 | 42 | Motion For Amendment of Confirmation Order Entered November 7, 2003 or for Alternative Relief Filed by Creditor Mary K Logan. c/s. (ach, usbc) (Entered: 11/18/2003) |

| 11/21/2003 | ❂46 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Alan Eggert and Ralph Harrison RE: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) Modified on 12/4/2003 to Correct Linkage to Notice of Appeal #34. (jr, usbc). (Entered: 12/01/2003) |
|---|---|---|
| 11/21/2003 | ❂47 | Statement of Issues Filed by Defendants Alan Eggert and Ralph Harrison Re: 34 Notice of Appeal. (jr, usbc) Modified on 12/4/2003 to Correct Linkage to Notice of Appeal #34. (jr, usbc). (Entered: 12/01/2003) |
| 11/24/2003 | ❂43 | Supplement (Supplying Excerpts from Official Transcript) to 41 Motion For Amendment of 26 Judgment Entered on November 7, 2003 Filed by Creditor Mary K Logan. c/s (jr, usbc) (Entered: 11/24/2003) |
| 11/24/2003 | ❂44 | Decision and Order Regarding Motion for Amendment of Judgment (#41) filed by Creditor Mary K Logan. FOR THE FOREGOING REASONS, THE MOTION IS HEREBY DENIED. See Order For Full Text. (jr, usbc) (Entered: 11/24/2003) |
| 11/24/2003 | ❂45 | Decision and Order Regarding Motion for Amendment of Confirmation Order (#42) filed by Creditor Mary K Logan. FOR THE FOREGOING REASONS, THE MOTION IS HEREBY DENIED. See Order For Full Text. (jr, usbc) (Entered: 11/24/2003) |
| 11/26/2003 | ❂52 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by William L. Provost Jr. Re: 38 Notice of Appeal Filed by William L. Provost Jr. Re: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment. Appellee designation due by 12/8/2003. c/s (jr, usbc) (Entered: 12/04/2003) |
| 11/26/2003 | ❂53 | Statement of Issues Filed by William L. Provost Jr. Re: 38 Notice of Appeal Filed by William L. Provost Jr. Re: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment. c/s (jr, usbc) (Entered: 12/04/2003) |
| 12/01/2003 | ❂48 | Notice of Appearance and Request for Notice *and Substitution of Counsel* by Rafael Klotz. Filed by Plaintiff Merrimac Paper Company, et al (Klotz, Rafael) (Entered: 12/01/2003) |
| 12/01/2003 | ❂49 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Plaintiff Merrimac Paper Company, et al (RE: 34 Notice of Appeal,, 38 Notice of Appeal, ). (Klotz, Rafael) (Entered: 12/01/2003) |
| | | |

| 12/01/2003 | ●50 | Certificate of Service (Re: 48 Notice of Appearance, 49 Appellee Designation). Filed by Plaintiff Merrimac Paper Company, et al (Klotz, Rafael) (Entered: 12/01/2003) |
|---|---|---|
| 12/02/2003 | ● | Receipt Number 516265, Fee Amount $5.00 Re: 37 Clerk's Notice of Fees Due Re: 34 Notice of Appeal. (jr, usbc) (Entered: 12/02/2003) |
| 12/04/2003 | ●51 | Transcript of Hearing Held RE: 17 Motion for Summary Judgment filed by Plaintiff Merrimac Paper Company, et al . (ld, usbc) (Entered: 12/04/2003) |
| 12/08/2003 | ●54 | Notice *of Filing of Designated Item Number Two to Appellees' Designation of Additional Items to be Included in the Record on Appeal (Docket No. 49)* Filed by Plaintiff Merrimac Paper Company, et al. (Attachments: # 1 Exhibit 1- (cover page to page 41)# 2 Exhibit 1- (pages 41-80)# 3 Exhibit 1- (pages 81-119)# 4 Certificate of Service)(Klotz, Rafael) (Entered: 12/08/2003) |
| 12/15/2003 | ●55 | Transmittal of Record on Appeal to U.S. District Court Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 12/15/2003) |