UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Merrimac Paper Company,

BANKRUPTCY APPEAL

CIVIL ACTION NO.-03-40282

<u>O R D E R</u>

<u>GORTON, D. J.</u>

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on   12/15/03  ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before   1/2/04   and the Appellee's brief shall be filed on or before   1/17/04  . The Appellant may file and serve a reply brief on or before   1/27/04  .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

  12/17/03                         /s/ Martin Castles
     Date                              Deputy Clerk

(Bkappeal.ord - 09/92)                                         [bro.]