UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>MERRIMAC PAPER COMPANY, INC.<br><br>              Debtor.<br>* * * * * * * * * * * * * * *<br>MERRIMAC PAPER COMPANY, INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>RALPH HARRISON and ALAN EGGERT,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-cv-40282<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Ralph Harrison, defendant, appeals to the United States Court of Appeals for the First Circuit from the final judgment of the District Court for the District of Massachusetts, entered in this case on November 15, 2004, dismissing his appeal from the United States Bankruptcy Court for the District of Massachusetts.

The parties to the judgment appealed from and the names and address of their respective attorneys are:

| | |
|---|---|
| Merrimac Paper Co., Inc. | Andrew J. Lizzzotte, Esq.<br>Hanify & King LLP<br>One Beacon Street<br>Boston, MA 02108 |

| | |
|---|---|
| Merrimac Paper Co., Inc. | James F. Wallack, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110 |
| Merrimac Paper Co., Inc.<br>Creditor's Committee | Charles A. Dale, III, Esq.<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA 02110 |
| Alan R. Eggert | Jeffrey B. Renton, Esq.<br>Gilbert & Renton<br>23 Main Street<br>Andover, MA 01810 |

RALPH HARRISON,

By his attorneys,

/s/   Thomas P. Smith
Thomas P. Smith (BBO# 555513)
 Caffrey & Smith, P.C.
 300 Essex Street
 Lawrence, MA 01840
 (978) 686-6151

Dated: December 8, 2004