**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | |
| | ) | |
| **MERRIMAC PAPER COMPANY, INC.,** | ) | |
| *et al.* | ) | |
| | ) | **Bankruptcy Appeal** |
| **Debtors** | ) | **No. 03-40282-NMG** |
| | ) | |
| | ) | |
| **MERRIMAC PAPER COMPANY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **RALPH HARRISON,** | ) | |
| **ALAN EGGERT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**APPELLANT'S STATEMENT OF ISSUES AND**
**DESIGNATION OF THE RECORD**

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), Appellant Ralph Harrison

files this statement of issues to be presented on appeal and a designation of the record to be

certified and sent to the circuit clerk:.

**I.      Statement of Issues to be Presented on Appeal**

A.      Did the District Court err in ruling that the claims of Harrison were subject to

equitable subordination under 11 U.S.C. § 510(c) and upholding the Bankruptcy

Court's grant of summary judgment on Count I of the Amended Complaint?

B.      Did the District Court err in ruling that the claims of Harrison, except for those

arising from the promissory note of Debtor, were subject to equitable

subordination under 11 U.S.C. § 510(b) and upholding the Bankruptcy Court's

grant of partial summary judgment on Count VI of the Amended Complaint?

C.    Did the District Court err in ruling that the liens of Harrison should be transferred

to the Debtor under 11 U.S.C. § 501(c)(2) and upholding the Bankruptcy Court's

grant of partial summary judgment on Count III of the Amended Complaint?

## II.    Designation of Items for Inclusion In Record on Appeal

Appellant Harrison hereby designates the entire record previously assembled and

delivered to this Court pursuant to Bankruptcy Rule 8006 namely:

| Title | Bankruptcy Docket No. | Date filed |
|---|---|---|
| Complaint | 1 | 6/20/2003 |
| Answer | 6 | 7/25/2003 |
| Motion to Withdraw Reference | 7 | 7/25/2003 |
| Exhibits in Support of Motion to Withdraw Reference | 8 | 7/25/2003 |
| Amended Complaint | 12 | 8/13/2003 |
| Answer to Amended Complaint | 15 | 10/8/2003 |
| Motion for Partial Summary Judgment | 17 | 10/15/2003 |
| Statement of Undisputed Facts | 18 | 10/15/2003 |
| Memorandum in Support of Summary Judgment | 19 | 10/15/2003 |
| Opposition of Defendants Alan Eggert and Ralph Harrison to Motion for Partial Summary Judgment | 22 | 10/31/2003 |
| Response of Defendants Alan Eggert and Ralph Harrison to Motion for Partial Summary Judgment | 23 | 10/31/2003 |

| Affidavit of Thomas P. Smith | 24 | 10/31/2003 |
|---|---|---|
| Memorandum of Decision | 25 | 11/7/2003 |
| Order | 26 | 11/7/2003 |
| Motion for Entry of Separate and Final Judgment | 28 | 11/10/2003 |
| Order Entering Separate and Final Judgment | 31 | 11/12/2003 |
| Final Judgment | 32 | 11/12/2003 |
| Amended Final Judgment | 33 | 11/12/2003 |
| Notice of Appeal | 34 | 11/14/2003 |
| Election of Appeal to District Court | 35 | 11/14/2003 |

Appellant also designates the each of the seven items docketed in this Court, together with their appendices, including:

| Title | Docket No | Date filed |
|---|---|---|
| Notice of Appeal From Bankruptcy Court | 1 | 12/15/2003 |
| Bankruptcy Scheduling Order | 2 | 12/17/2003 |
| Appellants' Brief (and appendix) | 3 | 1/5/2004 |
| Appellee's Brief (and appendix) | 4 | 1/16/2004 |
| Appellants' Reply Brief | 5 | 1/27/2004 |
| Memorandum and Order | 6 | 11/15/2004 |
| Notice of Appeal | 7 | 12/8/2004 |

Respectfully submitted,

RALPH HARRISON,

- 3 -

By his attorneys,


/s/ Thomas P. Smith
Thomas P. Smith (BBO #555513)
 Caffrey & Smith, P.C.
 300 Essex Street
 Lawrence, MA 01840
 (978) 686-6151


Date:   December 20, 2004