**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re: ) | |
| ) | |
| MERRIMAC PAPER COMPANY, INC., ) | |
| *et al.* ) | |
| ) | Bankruptcy Appeal |
| Debtors. ) | No. 03-40282-NMG |
| ) | |
| ) | |
| ) | |
| MERRIMAC PAPER COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RALPH HARRISON, ) | |
| ALAN EGGERT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac

Corporation (collectively, the "Reorganized Debtors"), by their undersigned counsel, pursuant to

Federal Rule of Appellate Procedure 6(b)(2)(B)(ii), designate the following additional part to be

included in the record on appeal, which was previously assembled and delivered to this Court by

Appellees under Federal Rule of Bankruptcy Procedure 8006 and which is attached hereto as

Annex 1:

| Title | Bankruptcy Court Docket Number |
|---|---|
| Memorandum of Law in Support of Confirmation of First Amended Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified, with attached affidavits | 305 |

Dated:  December 23, 2004                    Respectfully submitted:


/s/ James F. Wallack
James F. Wallack, Esq. (BBO #557061)
Rafael Klotz, Esq. (BBO# 649456)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

GSDOCS-1439518-1