## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-40282

Ralph Harrison, et al

v.

Merrimac Paper Company, Inc.,

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/8/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 23, 2004.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _12-23-4_ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:03-cv-40282-NMG

Harrison et al v. Merrimac Paper Company, Inc
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 12/15/2003
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

------------------------

| | |
|---|---|
| **Merrimac Paper Company, Inc.,** *Debtor* | represented by **Andrew J. Lizzotte**<br>Hanify & King LLP<br>One Beacon Street<br>Boston, MA 02108<br>617-423-0400<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James F. Wallack**<br>Goulston & Storrs, PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>617-574-4107<br>Fax: 617-574-7646<br>Email: jwallack@goulstonstorrs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Appellant**

-------------------------

| | | |
|---|---|---|
| **Ralph Harrison** | represented by | **Robert J. Shea**<br>Rudolph Friedman, LLP<br>92 State Street<br>Boston, MA 02109<br>617-723-7700<br>Fax: 617-227-0313<br>Email: rshea@RFLawyers.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas P. Smith**<br>Caffrey & Smith, P.C.<br>300 Essex Street<br>Lawrence, MA 01840-2624<br>978-686-6151<br>Fax: 978-683-3399<br>Email: tsmith@caffreysmith.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Alan R. Eggert** | represented by | **Jeffrey B. Renton**<br>Gilbert & Renton<br>23 Main St.<br>Andover, MA 01810<br>978-475-7580<br>Fax: 978-475-1881<br>Email: jrenton@gilbertandrenton.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Robert J. Shea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Appellee**
------------------------

| **Merrimac Paper Company, Inc.** | represented by | **Andrew J. Lizzotte**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
|---|---|---|
| | | **James F. Wallack**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Notice**
------------------------

**US Bankruptcy Court**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2003 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03-41477-79. File received, filed by Alan R. Eggert, Ralph Harrison.(Hassett, Kathy) (Entered: 12/16/2003) |
| | | |

| | | |
|---|---|---|
| 12/17/2003 | 2 | Bankruptcy Scheduling Order Appellant Brief due by 1/2/2004. Appellee Brief due by 1/17/2004. Appellant Reply Brief due by 1/27/2004. (cc/cl) (Castles, Martin) (Entered: 12/17/2003) |
| 01/05/2004 | 3 | Appellant's BRIEF by Alan R. Eggert, Ralph Harrison, c/s. (Attachments: # 1 Appendix)(Jones, Sherry) (Entered: 01/05/2004) |
| 01/16/2004 | 4 | Appellee's BRIEF by Merrimac Paper Company, Inc., c/s. (Attachments: # 1 brief.part2# 2 Appendix part1# 3 Appendix part2# 4 Appendix part3# 5 Appendix part4# 6 Appendix part5)(Jones, Sherry) (Entered: 01/16/2004) |
| 01/27/2004 | 5 | Appellant's REPLY BRIEF by Alan R. Eggert, Ralph Harrison, c/s. (Jones, Sherry) (Entered: 01/28/2004) |
| 11/10/2004 | 6 | Judge Nathaniel M. Gorton : ORDER entered MEMORANDUM AND ORDER, Denial of Summary Judgment is Affirmed and this appeal is DISMISSED(Barrette, Mark) (Entered: 11/15/2004) |
| 12/02/2004 |  | Civil Case Terminated. (Nicewicz, Craig) (Entered: 12/02/2004) |
| 12/08/2004 | 7 | NOTICE OF APPEAL by Ralph Harrison. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/28/2004. (Smith, Thomas) (Entered: 12/08/2004) |
| 12/09/2004 |  | Filing fee: $ 255, receipt number 404468 regarding notice of appeal. (Jones, Sherry) (Entered: |

|  |  | 12/09/2004) |
|---|---|---|
| 12/20/2004 | 8 | DESIGNATION of Record on Appeal by Ralph Harrison re 7 Notice of Appeal, (Smith, Thomas) (Entered: 12/20/2004) |