# United States Court of Appeals
## For the First Circuit

CERTIFIED COPY

No. 05-1010

IN RE: MERRIMAC PAPER COMPANY, INC.,
Debtor,

---

RALPH HARRISON,
Appellant,

---

ALAN R. EGGERT,
Plaintiff,

---

PETER SHAPIRO, and the certified class of persons and
entities similarly situated (Certified Class); ELAINE L. CHAO,
Secretary of the United States Department of Labor,
Amici Curiae,

v.

MERRIMAC PAPER COMPANY, INC.,
Appellee.

---

TAXATION OF COSTS

Entered: September 22, 2005

Costs in favor of **appellant, Ralph Harrison** are taxed as follows:

Docket fee..........................................................................$250.00

Reproduction of Appellant's Brief......................................$122.85

Reproduction of Appellant's Appendix................................$289.91

**TOTAL**          $662.76

Pursuant to Fed. R. App. P. 39 (d)(3), the District Court is directed to add this taxation of costs to the mandate issued on September 15, 2005.

By the Court:

Richard Cushing Donovan, Clerk

By: JULIE GREGG
       Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Linda Berry   Date: 9-22-5

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Smith, Shea, Renton, Lizzotte, Wallack, Klotz, Greenberg, Scerra, Radzely, Hauser, Ms. Sankaran, Ms. Beard and Ms. Hopkins]