UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) |
| MERRIMAC PAPER COMPANY, INC., | ) |
| *et al.* | ) |
| | ) Bankruptcy Appeal |
| Debtors | ) No. 03-40282-NMG |
| | ) |
| MERRIMAC PAPER COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| RALPH HARRISON, | ) |
| ALAN EGGERT, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties, being all of the parties who have appeared in this action, hereby stipulate that the above action be, and it hereby is, dismissed with prejudice and with each party bearing their own costs.

RALPH HARRISON,

By his attorneys,

_Thomas Smith w/permission by JK_

Thomas P. Smith (BBO #555513)
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

ALAN EGGERT,

By his attorneys,

_Jeffrey Renton w/permission by JK_

Jeffrey B. Renton (BBO #554032)
Gilbert & Renton LLC
23 Main Street
Andover, MA 01810
(978) 475-7580

MERRIMAC PAPER COMPANY, INC.,

By its attorneys,

_/s/ Rafael Klotz_

Rafael Klotz (BBO #649456)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776